**Order entered March 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-14-00413-CR

### VINCENT PASCO, Appellant

### V.

### THE STATE OF TEXAS, Appellee

### On Appeal from the Criminal District Court No. 7
### Dallas County, Texas
### Trial Court Cause No. F12-59001-Y

## ORDER

This Court **REINSTATES** the appeal.

On January 23, 2015, we ordered the trial court to make findings regarding whether the record could be supplemented with State's Exhibit no. 42 and Defendant's Exhibit no. 1. We have not received the trial court's findings. However, on March 20, 2015, the two exhibits were filed, and on March 23, 2015, we also received a supplemental record containing State's Exhibit no. 12. Therefore, in the interest of expediting the appeal, we **VACATE** the January 23, 2015 order to the extent it requires findings.

We **GRANT** the State's February 20, 2015 motion to extend time to file its brief, which was tendered while the appeal was abated. We **ORDER** the State's brief filed as of the date of this order.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to the Honorable Elizabeth Frizell, Presiding Judge, Criminal District Court No. 7, and to counsel for all parties.

/s/     LANA MYERS
        JUSTICE